**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST | ) | |
| DISTRIBUTION SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00396-MN |
| | ) | |
| PROJECT PANTHER US, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PROJECT PANTHER US, LLC'S MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101, Defendant Project Panther US, LLC hereby moves to dismiss with prejudice Plaintiff Rothschild Broadcast Distribution Systems, LLC Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in the Opening Brief, which is submitted herewith.

Dated:  May 20, 2020

Respectfully submitted,

MORRIS JAMES LLP

OF COUNSEL:

  /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
Jeffrey L. Snow                              500 Delaware Avenue, Suite 1500
Brad D. Rose                                 Wilmington, DE 19801
Joseph V. Micali                             Tel: (302) 888-6800
PRYOR CASHMAN LLP                            kdorsney@morrisjames.com
7 Times Square
New York, New York 10036
Tel: (212) 421-4100

*Attorneys for Defendant*
*Project Panther US, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-00396-MN |
| PROJECT PANTHER US, LLC, | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Having considered Defendant Project Panther US, LLC's Motion to Dismiss Complaint;

IT IS HEREBY ORDERED this _____ day of _____, 2020 that the Motion is

GRANTED, and the Complaint is dismissed with prejudice.

_____
United States District Judge

2