# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )  Civil Action No. 1:20-cv-00396-MN<br>)<br>PROJECT PANTHER US, LLC,  )<br>)<br>Defendant.  ) | |

## DEFENDANT PROJECT PANTHER US, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. §§ 101 and 112, Defendant Project Panther US, LLC hereby moves to dismiss with prejudice Plaintiff Rothschild Broadcast Distribution Systems, LLC's First Amended Complaint (D.I. 9) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in the Opening Brief, which is submitted herewith.

Dated: June 17, 2020

OF COUNSEL:

Jeffrey L. Snow
Brad D. Rose
Joseph V. Micali
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 421-4100

Respectfully submitted,

MORRIS JAMES LLP

  /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Tel: (302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Project Panther US, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 1:20-cv-00396-MN |
| PROJECT PANTHER US, LLC, | ) ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Having considered Defendant Project Panther US, LLC's Motion to Dismiss Plaintiff's First Amended Complaint;

IT IS HEREBY ORDERED this _____ day of _____, 2020 that the Motion is GRANTED, and the First Amended Complaint is dismissed with prejudice.

_____
United States District Judge