# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:20-cv-00396-MN |
| v. | ) **JURY TRIAL DEMANDED** |
| PROJECT PANTHER US, LLC, | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Jeffrey L. Snow and Joseph V. Micali of PRYOR CASHMAN LLP, 7 Times Square, New York, NY 10036 to represent Defendant Project Panther US, LLC in this matter.

MORRIS JAMES LLP

Dated: June 30, 2020

                                                                                         */s/ Kenneth L. Dorsney*
                                                     Kenneth L. Dorsney (#3726)
                                                     500 Delaware Avenue, Suite 1500
                                                     Wilmington, DE 19801
                                                     Tel: (302) 888-6800
                                                     kdorsney@morrisjames.com

                                                     *Attorneys for Project Panther US, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                                           United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the State of New Jersey, and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Dated: June 30, 2020

*/s/ Jeffrey L. Snow*
Jeffrey L. Snow
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Tel: (212) 421-4100
jsnow@pryorcashman.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective August 30, 2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon filing of this motion.

Dated: June 30, 2020

*/s/ Joseph V. Micali*
Joseph V. Micali
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Tel: (212) 421-4100
jmicali@pryorcashman.com