# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**PROJECT PANTHER US, LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 1:20-CV-00396-MN**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Project Panther US, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 30, 2020    Respectfully Submitted

*/s/Jimmy Chong*
**Jimmy C. Chong**
The Chong Law Firm, P.A.
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
Email: chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**